AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), <br><br> *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al. <br><br> *Defendant(s)* | Civil Action No. 1:17-cv-1907 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DONALD J. TRUMP, in his official capacity as President of the United States
1600 Pennsylvania Ave., N.W.
WASHINGTON, D.C.  20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Fifth Floor
Washington, D.C.  20005
Tel:  (202) 408-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   9/20/2017

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-cv-1907 |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jefferson Beuregard Sessions III, in his official capacity as the Attorney General of the United States
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Fifth Floor
Washington, D.C.  20005
Tel:  (202) 408-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  9/20/2017

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP),

*Plaintiff(s)*

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.

*Defendant(s)*

Civil Action No. 1:17-cv-1907

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elaine C. Duke, in her official capacity as acting Secretary of Homeland Security
Homeland Security
3801 Nebraaska Ave., N.W.
Washington, D.C.  20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Fifth Floor
Washington, D.C.  20005
Tel:  (202) 408-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  9/20/2017

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP),<br><br>*Plaintiff(s)*<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:17-cv-1907<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Citizenship and Immigration Services
20 Massachusetts Ave., N.W.
Washington, D.C.  20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Fifth Floor
Washington, D.C.  20005
Tel:  (202) 408-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/20/2017                                                                 /s/ Nicole M. Wilkens
                                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), <br><br> *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-1907 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
Dept. of Homeland Security
3801 Nebraska Ave., N.W.
Washington, D.C.  20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Fifth Floor
Washington, D.C.  20005
Tel:  (202) 408-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/20;2017

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP),<br><br>*Plaintiff(s)*<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.<br><br>*Defendant(s)* | Civil Action No. 1:17-cv-1907 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of Homeland Security
3801 Nebraska Avenue N.W.
Washington, D.C.  20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Fifth Floor
Washington, D.C.  20005
Tel:  (202) 408-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/20/2017

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*