# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    **Defendants.** | Civil Action No. 17-1907 (JDB) |

## ORDER

Upon consideration of [15] defendants' motion to dismiss and plaintiffs' motion for summary judgment, which was filed as a joint motion in a related case, see Pls.' Mot. for Summ. J., Princeton v. United States, Civ. Action No. 17-2325 (JDB) (D.D.C. Dec. 15, 2017), ECF No. 28, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [15] the government's motion to dismiss is **GRANTED** as to plaintiffs' procedural Administrative Procedure Act ("APA") claim (stated in Count III), their information-sharing claim (stated in Counts I and II), and their Regulatory Flexibility Act claim (Count VI); **DENIED** as to their substantive APA claim (stated in Count III); and **DENIED IN PART AND DEFERRED IN PART** as to their constitutional claims (stated in Count II); it is further

**ORDERED** that [28] plaintiffs' motion for summary judgment is **GRANTED** as to their substantive APA claim but **DENIED** as to their procedural APA claim; it is further

**ORDERED** that the Department of Homeland Security's ("DHS") September 5, 2017 decision to rescind the Deferred Action for Childhood Arrivals ("DACA") program is **VACATED** and **REMANDED** to the agency; it is further

**ORDERED** that the Court's order of vacatur is **STAYED** for ninety days; and it is further

**ORDERED** that the parties shall file, by not later than Friday, July 27, 2018 a joint status report stating whether DHS has issued a new decision rescinding DACA and whether the parties contemplate the need for further proceedings in this case.

Moreover, upon consideration of the remaining motions pending in this case, it is hereby

**ORDERED** that [18] plaintiffs' unopposed motion to submit pseudonymous declarations is **GRANTED**; and it is further

**ORDERED** that [9] plaintiffs' motion for a scheduling order is **DENIED** as moot.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  April 24, 2018