**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>    **Defendants.** | **Civil Action No. 17-1907 (JDB)** |
| **TRUSTEES OF PRINCETON UNIVERSITY, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>    **Defendants.** | **Civil Action No. 17-2325 (JDB)** |

## SCHEDULING ORDER

Upon consideration of [71] defendants' notice and [71-1] the attached memorandum issued by Secretary Kirstjen M. Nielsen (the "Nielsen Memo"), and the entire record herein, it is hereby

**ORDERED** that the following schedule will govern further proceedings in these cases:

1. Defendants' motion to revise [69] the Court's April 24, 2018 Order, if any, shall be filed by not later than Wednesday, July 11, 2018. Defendants' motion shall be limited to twenty pages in length.

2. Plaintiffs' joint opposition to defendants' motion, if any, shall be filed by not later than Monday, July 23, 2018 and shall be limited to twenty pages in length.

3. Defendants' reply in support of their motion, if any, shall be filed by not later than Friday, July 27, 2018 and shall be limited to seven pages in length.

4. The parties' briefs should address the effect, if any, of the Nielsen Memo on the positions taken in prior briefing on the dispositive motions in these cases. The parties are encouraged to incorporate by reference material from that prior briefing.

It is further **ORDERED** that the stay of [69] the Court's Order vacating the September 5, 2017 memorandum rescinding the Deferred Action for Childhood Arrivals ("DACA") program is **CONTINUED** until such time as any motion filed in accordance with the above schedule is resolved.[1]

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: June 27, 2018

---

[1] The Court also entered an Order vacating DACA's rescission in the NAACP case. See Order, NAACP v. Trump, Civ. Action No. 17-1907 (JDB) (D.D.C. Apr. 24, 2018), ECF No. 22. The stay of vacatur pursuant to that Order is likewise **CONTINUED** until any motion filed in accordance with the above schedule is resolved.