**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>    **Defendants.** | **Civil Action No. 17-1907 (JDB)** |
| **TRUSTEES OF PRINCETON UNIVERSITY, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>    **Defendants.** | **Civil Action No. 17-2325 (JDB)** |

## ORDER

Upon consideration of [74] defendants' motion to revise [69] the Court's April 24, 2018 Order, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that the motion is **DENIED**; it is further

**ORDERED** that the stay of the Court's April 24, 2018 Order vacating the Department of Homeland Security's September 5, 2017 decision rescinding the Deferred Action for Childhood Arrivals Program is **CONTINUED** until Thursday, August 23, 2018; and it is further

**ORDERED** that defendants shall file, by not later than Thursday, August 23, 2018, any motion seeking a further stay of the Court's Order pending appeal.  See Fed. R. App. P. 8(a).

**SO ORDERED**.

                                                           /s/
                                           JOHN D. BATES
                                    United States District Judge

Dated:  August 3, 2018