**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>Defendants. | No. 17-cv-1907 (JDB) |

## NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above-captioned matter hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the April 24, 2018 Order and Memorandum Opinion and the August 3, 2018 Order and Memorandum Opinion of the Honorable John D. Bates, United States District Judge (ECF Nos. 22, 23, 26, 27).  This appeal includes all prior orders and decisions that merge into the Court's April 24 and August 3, 2018 orders.

Dated: August 6, 2018                    Respectfully submitted,

                                                          CHAD A. READLER
                                                          Acting Assistant Attorney General

                                                          BRETT A. SHUMATE
                                                          Deputy Assistant Attorney General

                                                          JENNIFER D. RICKETTS
                                                          Director

                                                          JOHN R. TYLER
                                                          Assistant Branch Director

        <u>/s/ *Kathryn C. Davis*</u>
        KATHRYN C. DAVIS (DC Bar No. 985055)
        STEPHEN M. PEZZI (DC Bar No. 995500)
        RACHAEL WESTMORELAND
        KATE BAILEY
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue NW
        Washington, DC 20530
        Phone: (202) 616-8298
        Fax: (202) 616-8470
        Email: Kathryn.C.Davis@usdoj.gov

        *Counsel for Defendants*