UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>  Defendants. | Civil Action No. 17-1907 (JDB) |
| **TRUSTEES OF PRINCETON UNIVERSITY, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>  Defendants. | Civil Action No. 17-2325 (JDB) |

**ORDER**

Upon consideration of the July 23, 2020 Order of the U.S. Court of Appeals for the D.C. Circuit in the consolidated case National Association for the Advancement of Colored People v. Donald J. Trump, Nos. 18-5243 & 18-5245 (D.C. Cir. July 23, 2020), and the entire record herein, it is hereby

**ORDERED** that these cases are **REMANDED** to the Department of Homeland Security for further action, if appropriate, that is consistent with the Supreme Court's opinion in Department of Homeland Security v. Regents of the University of California, 140 S. Ct. 1891 (2020).

1

2

/s/
JOHN D. BATES
United States District Judge

Dated: July 23, 2020