# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 18-5243**  **September Term, 2019**

1:17-cv-02325-JDB
1:17-cv-01907-JDB

**Filed On: July 23, 2020** [1853235]

National Association for the Advancement of Colored People, (NAACP), National Headquarters, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

------------------------------

Consolidated with 18-5245

## M A N D A T E

In accordance with the order of July 23, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the order filed July 23, 2020

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-5243**  September Term, 2019

1:17-cv-01907-JDB
1:17-cv-02325-JDB

**Filed On:** July 23, 2020

National Association for the Advancement of Colored People, (NAACP), National Headquarters, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

------------------------------

Consolidated with 18-5245

**BEFORE:**   Griffith and Millett, Circuit Judges; and Edwards, Senior Circuit Judge

### O R D E R

It is **ORDERED**, on the court's own motion, that in light of the Supreme Court's opinion in Department of Homeland Security v. Regents of the University of California, 140 S. Ct. 1891 (2020), this case be remanded to the district court with instructions to remand it to the Department of Homeland Security for further action, if appropriate, that is consistent with the Supreme Court's decision.

The Clerk is direct to issue the mandate forthwith.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk