THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br>       *Plaintiffs,* <br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>       *Defendants.* | Case No. 17-cv-01907-CRC |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

Pursuant to LCvR 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Kate Talmor as counsel for Defendants, as her employment with the Department of Justice will conclude on January 17, 2025. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: January 15, 2025                    Respectfully submitted,

                                                     */s/ Kate Talmor* <br>
                                                     KATE TALMOR <br>
                                                     Senior Counsel <br>
                                                     United States Department of Justice <br>
                                                     Civil Division, Federal Programs Branch <br>
                                                     1100 L Street, N.W. <br>
                                                     Washington, D.C.  20005 <br>
                                                     Tel. (202) 305-5267 <br>
                                                     Email: Kate.Talmor@usdoj.gov